KENNETH E. KELLER (SBN 71450) kkeller@kksrr.com
ANNE E. KEARNS (SBN: 183336) akearns@kksrr.com
Krieg, Keller, Sloan, Reilley & Roman LLP
114 Sansome Street, Suite 400
San Francisco, California 94104-3839
Telephone:    (415) 249-8330
Facsimile:    (415) 249-8333

STEPHEN M. GAFFIGAN (*Pro Hac Vice* Pending) stephen@smgpa.net
STEPHEN M. GAFFIGAN, P.A.
401 East Las Olas Blvd., Suite 130-453
Ft. Lauderdale, Florida 33301
Telephone: (954) 767-4819
Facsimile: (954) 767-4821

Attorneys for Plaintiffs Gucci America, Inc.,
Bottega Veneta International, S.A.R.L.,
and Balenciaga S.A.

THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUCCI AMERICA, INC., a New York corporation, BOTTEGA VENETA INTERNATIONAL, S.A.R.L., a foreign business entity, BALENCIAGA S.A., a foreign business entity,<br><br>                    Plaintiffs,<br>v.<br><br>WANG HUOQING a/k/a HUBERT WANG and DOES 1-10,<br><br>                    Defendants. | Case No. C-09-5969-JCS<br><br>**APPLICATION OF STEPHEN M. GAFFIGAN FOR ADMISSION *PRO HAC VICE*** |

Pursuant to Civil L.R. 11-3, Stephen M. Gaffigan, an active member in good standing of the bar of the U.S. District for the Southern District of Florida, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Plaintiffs in the above-entitled action.

In support of this application, I certify on oath that:

1.       I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2.      I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3.      An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Kenneth E. Keller
KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP
114 Sansome Street, Suite 400
San Francisco, California 94104-3839
Telephone:    (415) 249-8330
Facsimile:    (415) 249-8333

I declare under penalty of perjury of the laws of the United States and the State of California that the foregoing is true and correct.

Dated: January 25 2010

Stephen M. Gaffigan

---

APPLICATION OF STEPHEN M. GAFFIGAN FOR ADMISSION *PRO HAC VICE*
Case No.: C-09-5969-JCS



# The Florida Bar

**JOHN F. HARKNESS, JR.**
**EXECUTIVE DIRECTOR**

**651 EAST JEFFERSON STREET**
**TALLAHASSEE, FLORIDA 32399-2300**

**850/561-5600**
**WWW.FLORIDABAR.ORG**

State of Florida    )

County of Leon    )

        In Re:    25844
                 Stephen Michael Gaffigan
                 Stephen M. Gaffigan, P.A.
                 312 S.E. 17th St., Fl. 2
                 Fort Lauderdale, FL

I HEREBY CERTIFY that I am the duly appointed custodian of membership records of The Florida Bar.

I FURTHER CERTIFY that the records in the office of the Clerk of the Supreme Court of Florida indicate that said attorney was admitted to practice law in the State of Florida on October 2, 1994.

I FURTHER CERTIFY that the records in the office of The Florida Bar indicate that the above attorney is a member of The Florida Bar in good standing.

Dated this   5ᵗʰ   day of January, 2010.

Willie Mae Shepherd
Supervisor, Membership Records
The Florida Bar

WMS/ssT1:R10