KENNETH E. KELLER (SBN 71450) kkeller@kksrr.com
ANNE E. KEARNS (SBN: 183336) akearns@kksrr.com
Krieg, Keller, Sloan, Reilley & Roman LLP
114 Sansome Street, Suite 400
San Francisco, California 94104-3839
Telephone:     (415) 249-8330
Facsimile:      (415) 249-8333

STEPHEN M. GAFFIGAN (*Pro Hac Vice* Pending) stephen@smgpa.net
STEPHEN M. GAFFIGAN, P.A.
401 East Las Olas Blvd., Suite 130-453
Ft. Lauderdale, Florida 33301
Telephone: (954) 767-4819
Facsimile: (954) 767-4821

Attorneys for Plaintiffs Gucci America, Inc.,
Bottega Veneta International, S.A.R.L.,
and Balenciaga S.A.

RECEIVED
2010 JAN 29 P 12: 17
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUCCI AMERICA, INC., a New Yorkcorporation, BOTTEGA VENETA INTERNATIONAL, S.A.R.L., a foreign business entity, BALENCIAGA S.A., a foreign business entity, <br><br> Plaintiffs, <br><br> v. <br><br> WANG HUOQING a/k/a HUBERT WANG and DOES 1-10, <br><br> Defendants. | Case No. C-09-5969-JCS <br><br> [PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

Stephen M. Gaffigan, an active member in good standing of the bar of the U.S. District for the Southern District of Florida, whose business address and telephone number is 401 East Las Olas Boulevard, Suite 130-453, Ft. Lauderdale, Florida 33301, (954) 767-4819, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac*

1

*vice* basis, representing Gucci America, Inc., Bottega Veneta International, S.A.R.L. and Balenciaga S.A.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: _____2/4/10_____

UNITED ST_____GE

Judge Joseph C. Spero

[PROPOSED] ORDER GRANTING APPLICATION FOR
ADMISSION OF ATTORNEY *PRO HAC VICE*
Case No.: C-09-5969-JCS