KENNETH E. KELLER (SBN 71450) kkeller@kksrr.com
ANNE E. KEARNS (SBN: 183336) akearns@kksrr.com
Krieg, Keller, Sloan, Reilley & Roman LLP
114 Sansome Street, Suite 400
San Francisco, California 94104-3839
Telephone:    (415) 249-8330
Facsimile:    (415) 249-8333

STEPHEN M. GAFFIGAN (*Pro Hac Vice* Pending) stephen@smgpa.net
STEPHEN M. GAFFIGAN, P.A.
401 East Las Olas Blvd., Suite 130-453
Ft. Lauderdale, Florida 33301
Telephone: (954) 767-4819
Facsimile: (954) 767-4821

Attorneys for Plaintiffs GUCCI AMERICA, INC.,
BOTTEGA VENETA INTERNATIONAL, S.A.R.L., AND
BALENCIAGA CORPORATION FRANCE

THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUCCI AMERICA, INC., a New York) Corporation, BOTTEGA VENETACASE NO. INTERNATIONAL, S.A.R.L., a foreign business entity, BALENCIAGA CORPORATION FRANCE, a foreign business entity,<br><br>   Plaintiffs,<br>  vs.<br><br>WANG HUOQING a/k/a HUBERT WANG and DOES 1-10,<br><br>   Defendants. | Case No. C09-05969 JCS<br><br>**NOTICE OF CHANGE OF FIRM ADDRESS** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

  **PLEASE TAKE NOTICE** that, effective **March 1, 2010**, the new address of Krieg, Keller, Sloan, Reilley & Roman LLP will be as follows:

1

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE
CASE NO.: C09-05969 JCS

KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP
555 Montgomery Street, 17th Floor
San Francisco, CA  94111
Telephone:  (415) 249-8330
Facsimile:   (415) 249-8333

Dated:  February 24, 2010                    KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP


By: _____/s/_____
       KENNETH E. KELLER
       Attorneys for Plaintiffs GUCCI AMERICA,
       INC., BOTTEGA VENETA INTERNATIONAL, S.A.R.L.,
       AND BALENCIAGA CORPORATION FRANCE

2

101069               NOTICE OF CHANGE OF FIRM ADDRESS
                          CASE NO.: C09-05969 JCS