KENNETH E. KELLER (SBN 71450) kkeller@kksrr.com
ANNE E. KEARNS (SBN: 183336) akearns@kksrr.com
Krieg, Keller, Sloan, Reilley & Roman LLP
555 Montgomery Street, 17th Floor
San Francisco, California 94111
Telephone:     (415) 249-8330
Facsimile:     (415) 249-8333

STEPHEN M. GAFFIGAN (*Pro Hac Vice*) stephen@smgpa.net
STEPHEN M. GAFFIGAN, P.A.
401 East Las Olas Blvd., Suite 130-453
Ft. Lauderdale, Florida 33301
Telephone: (954) 767-4819
Facsimile: (954) 767-4821

Attorneys for Plaintiffs Gucci America, Inc.,
Bottega Veneta International, S.A.R.L.,
and Balenciaga S.A.

THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUCCI AMERICA, INC., a New York corporation, BOTTEGA VENETA INTERNATIONAL, S.A.R.L., a foreign business entity, BALENCIAGA S.A., a foreign business entity, <br><br> Plaintiffs, <br><br> v. <br><br> WANG HUOQING a/k/a HUBERT WANG and DOES 1-10, <br><br> Defendants. | Case No. 3:09-cv-05969-JCS <br><br> **[PROPOSED] ORDER AUTHORIZING ALTERNATE SERVICE OF PROCESS ON DEFEIDANT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 4(f)(3)** |

WHEREAS Plaintiffs Gucci America, Inc., a New York corporation, Bottega Veneta International, S.A.R.L., a foreign business entity and Balenciaga S.A., a foreign business entity ("Plaintiffs") filed their *Ex Parte* Application For Order Authorizing Alternate Service of Process on Defendants Pursuant To Federal Rule Of Civil Procedure 4(f)(3) ("Plaintiffs' *Ex Parte* Application");

1

WHEREAS Plaintiffs have shown good cause why leave should be granted allowing service of the Summons and the First Amended Complaint in this matter upon the Defendant Wang Huoqing a/k/a Hubert Wang (the "Defendant") via email; and

The Court, having read and considered the pleadings, declarations and exhibits on file in this matter and having reviewed such evidence as was presented in regards to Plaintiffs' *Ex Parte* Application, hereby grants Plaintiffs' *Ex Parte* Application and grants leave to Plaintiffs to serve the Summons, the First Amended Complaint, and all subsequent motions and pleadings upon Defendant Huoqing by email at the electronic mail addresses huoqing@gmail.com, dongshi007@gmail.com, cnreg@hichina.com, bagdo.com@gmail.com, myashop@gmail.com, bagpo.com@gmail.com, my4shop@gmail.com, and julia3318@gmail.com.

IT IS SO ORDERED

DATED:_____            _____
                                  JOSEPH C. SPERO
                                  UNITED STATES MAGISTRATE JUDGE

2

101336        [PROPOSED] ORDER AUTHORIZING ALTERNATE SERVICE OF PROCESS ON
              DEFENDANT PURSUANT TO FED. R. CIV. P 4(f)(3)
              Case No. 3:09-CV-05969-JCS