KENNETH E. KELLER (SBN 71450) kkeller@kksrr.com
ANNE E. KEARNS (SBN: 183336) akearns@kksrr.com
Krieg, Keller, Sloan, Reilley & Roman LLP
555 Montgomery Street, 17th Floor
San Francisco, California 94111-2541
Telephone:     (415) 249-8330
Facsimile:     (415) 249-8333

STEPHEN M. GAFFIGAN (*Pro Hac Vice*) stephen@smgpa.net
STEPHEN M. GAFFIGAN, P.A.
401 East Las Olas Blvd., Suite 130-453
Ft. Lauderdale, Florida 33301
Telephone: (954) 767-4819
Facsimile: (954) 767-4821

Attorneys for Plaintiffs Gucci America, Inc.,
Bottega Veneta International, S.A.R.L.,
and Balenciaga S.A.

THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUCCI AMERICA, INC., a New York corporation, BOTTEGA VENETA INTERNATIONAL, S.A.R.L., a foreign business entity, BALENCIAGA S.A., a foreign business entity, <br><br> Plaintiffs, <br> v. <br><br> WANG HUOQING a/k/a HUBERT WANG and DOES 1-10, <br><br> Defendants. | Case No. 3:09-cv-05969-JCS <br><br> **REQUEST TO ENTER DEFAULT** |

     Plaintiffs Gucci America, Inc., Bottega Veneta International, S.A.R.L., and Balenciaga, S.A. (collectively the "Plaintiffs"), by and through their undersigned counsel, hereby request that the Clerk enter default in this matter against Defendant, Wang Huoqing a/k/a Hubert Wang (the "Defendant"), on the ground that the Defendant has failed to appear or otherwise respond to the Complaint within the time prescribed by the Federal Rules of Civil Procedure.  (Declaration of Anne E. Kearns in Support of Request to Enter Default, ¶ 5, filed concurrently herewith).

1

---

Plaintiffs served the Summons and Complaint on the Defendant on March 13, 2010 as evidenced by the Proof of Service on file with this Court.  (*Id.* ¶ 2).  Neither Plaintiffs nor the Court have granted the Defendant any extension of time to respond to the Complaint.  (*Id.* ¶ 4).  The Defendant has failed to answer or otherwise respond to the Complaint, or serve a copy of any answer or other response upon Plaintiffs' attorneys of record.  (*Id.* ¶ 5).  Plaintiffs are informed and believe that the Defendant is not an infant or an incompetent person.  (*Id.* ¶ 6).  Plaintiffs are informed and believe that the Defendant is not in the military service.  (*Id.* ¶ 7)

Dated:  April 14, 2010                    KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP


By: _____/S/_____
      ANNE E. KEARNS
      Attorneys for Plaintiffs Gucci America, Inc.,
      Bottega Veneta International, S.A.R.L.,
      and Balenciaga S.A

2