KENNETH E. KELLER (SBN 71450) kkeller@kksrr.com
ANNE E. KEARNS (SBN: 183336) akearns@kksrr.com
Krieg, Keller, Sloan, Reilley & Roman LLP
555 Montgomery Street, 17th Floor
San Francisco, California 94111-2541
Telephone:    (415) 249-8330
Facsimile:    (415) 249-8333

STEPHEN M. GAFFIGAN (*Pro Hac Vice*) stephen@smgpa.net
STEPHEN M. GAFFIGAN, P.A.
401 East Las Olas Blvd., Suite 130-453
Ft. Lauderdale, Florida 33301
Telephone: (954) 767-4819
Facsimile: (954) 767-4821

Attorneys for Plaintiffs Gucci America, Inc.,
Bottega Veneta International, S.A.R.L.,
and Balenciaga S.A.

THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUCCI AMERICA, INC., a New York corporation, BOTTEGA VENETA INTERNATIONAL, S.A.R.L., a foreign business entity, BALENCIAGA S.A., a foreign business entity,<br><br>        Plaintiffs,<br>v.<br><br>WANG HUOQING a/k/a HUBERT WANG and DOES 1-10,<br><br>        Defendants. | Case No. 3:09-cv-05969-JCS<br><br>**DECLARATION OF ANNE E. KEARNS IN SUPPORT OF REQUEST TO ENTER DEFAULT** |

I, Anne E. Kearns, declare and say:

1.    I am an attorney duly licensed to practice before this Court, and am of counsel of the law firm of Krieg, Keller, Sloan, Reilley & Roman, LLP, and am one of the counsels of record for Plaintiffs Gucci America, Inc., Bottega Veneta International, S.A.R.L., and Balenciaga, S.A. (collectively the "Plaintiffs"), in the above-captioned matter. I make this declaration, which is filed in support of Plaintiffs' Request to Enter Default, and I could and would testify competently to the

1

matters set forth herein.

2.    On December 21, 2009, Plaintiffs filed the Complaint in this action against Defendant Wang Huoqing a/k/a Hubert Wang (the "Defendant").  On March 12, 2010, the Court entered an order authorizing alternate service of the Summons and Complaint by e-mail (e-docket 17). Attached hereto as Exhibit A is a true and correct copy of the Proof of Service on file with the Court, reflecting that the Defendant was served with the Summons and Complaint on March 13, 2010.

3.    More than 21 days have elapsed since the date on which service of the Summons and Complaint was effective.

4.    The Defendant has not been granted any extension of time to respond to the Complaint.

5.    The Defendant has failed to answer or otherwise respond to the Complaint, or serve a copy of the answer or other response upon Plaintiffs' attorneys of record.

6.    I am informed and believe that the Defendant is not an infant or an incompetent person.

7.    I am informed and believe that the Defendant is not in the military service.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct and executed this 14th day of April, 2010 at San Francisco, California.

_____/S/_____
Anne E. Kearns, Declarant

102231                                                    2

DECLARATION OF ANNE E. KEARNS IN SUPPORT OF REQUEST TO ENTER DEFAULT
Case No.:  3:09-cv-05969-JCS