# EXHIBIT A

KENNETH E. KELLER (SBN 71450) kkeller@kksrr.com
ANNE E. KEARNS (SBN: 183336) akearns@kksrr.com
KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP
555 Montgomery Street, 17th Floor
San Francisco, California 94111
Telephone:     (415) 249-8330
Facsimile:     (415) 249-8333

STEPHEN M. GAFFIGAN (*Pro Hac Vice*)
STEPHEN M. GAFFIGAN, P.A.
401 East Las Olas Blvd., Suite 130-453
Ft. Lauderdale, Florida 33301
Telephone: (954) 767-4819
Facsimile: (954) 767-4821
stephen@smgpa.net

Attorneys for Plaintiffs Gucci America, Inc.,
Bottega Veneta International, S.A.R.L.,
and Balenciaga S.A.

THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUCCI AMERICA, INC., a New York corporation, BOTTEGA VENETA INTERNATIONAL, S.A.R.L., a foreign business entity, BALENCIAGA S.A., a foreign business entity, <br><br> Plaintiffs, <br> v. <br><br> WANG HUOQING a/k/a HUBERT WANG and DOES 1-10, <br><br> Defendants <br><br> Defendants. | Case No. 3:09-cv-05969-JCS <br><br> **PROOF OF SERVICE** |

I certify and declare that I am over the age of 18 years, employed in the County of Collin, Texas, and not a party to the above-entitled cause. I am employed as an investigator at IPCybercrime.com, LLC. My business address is 101 East Park Blvd., Suite 457, Plano, Texas 75074.

On March 13, 2010, I served a true and accurate copy via electronic mail of the document(s) entitled:

1.  Summons

GUCCI AMERICA, INC. V. WANG HUOQING, ET AL.: PROOF OF SERVICE
3:09-cv-05969-JCS

2. Complaint
3. First Amended Complaint
4. AO-120 Form
5. Certificate of Interested Persons
6. Clerks Notice to Consent or Decline Magistrate Judge
7. Consent to Proceed Before a U.S. Magistrate Judge
8. Motion for Admission of Stephen M. Gaffigan *Pro Hac Vice*
9. Order granting Motion for Admission *Pro Hac Vice*
10. Notice of Change of Address of Kenneth Keller
11. ADR Scheduling Order
12. *Ex Parte* Application and Memo for Alternative Service
13. Proposed Order Granting Alternative Service
14. Dec of Gaffigan re Alternative Service
15. Dec of Holmes re Alternative Service
16. Dec of Ting re Alternative Service
17. Order granting Motion for Alternative Service

for the following civil action:

### GUCCI AMERICA, INC., ET AL. v. WANG HUOQING, ET AL.

on the following:

Defendant Wang Huoqing a/k/a Hubert Wang at the following Email addresses:

huoqing@gmail.com
dongshi007@gmail.com
cnreg@hichina.com
bagdo.com@gmail.com
myashop@gmail.com
bagpo.com@gmail.com
my4shop@gmail.com
julia3318@gmail.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 16, 2010, at Plano, Texas.

Jason Holmes

2

Gmail - Alternative Service 3:09-cv-05969-JCS WANG HUOQING a/k/...          https://mail.google.com/mail/?ui=2&ik=e915f921e1&view=pt&search=s...

Case 3:09-cv-05969-CRB Document 23-1   Filed 04/14/10   Page 4 of 21
Case 3:09-cv-05969-JCS  Document 18   Filed 03/16/10   Page 9 of 20



**Certified E-Service <certifiedeservice@gmail.com>**

# Alternative Service 3:09-cv-05969-JCS WANG HUOQING a/k/a HUBERT WANG 1 of 4

9 messages

---

**Certified E-Service <certifiedeservice@gmail.com>**                         **Sat, Mar 13, 2010 at 11:51 AM**
Bcc: huoqing@gmail.com.hidecert.certified.readnotify.com, dongshi007@gmail.com.hidecert.certified.readnotify.com, cnreg@hichina.com.hidecert.certified.readnotify.com, bagdo.com@gmail.com.hidecert.certified.readnotify.com, myashop@gmail.com.hidecert.certified.readnotify.com, bagpo.com@gmail.com.hidecert.certified.readnotify.com, my4shop@gmail.com.hidecert.certified.readnotify.com, julia3318@gmail.com.hidecert.certified.readnotify.com

-PLEASE SEE ATTACHED DOCUMENTS

---

**3 attachments**

📄 **091221 - complaint - lef.pdf**
749K

📄 **091221 -summons - lef.pdf**
32K

📄 **100129- First Amended Complaint.pdf**
125K

---

**postmaster@readnotify.com <postmaster@readnotify.com>**                         **Sat, Mar 13, 2010 at 11:51 AM**
To: certifiedeservice@gmail.com

The original message was received at Sat, 13 Mar 2010 17:51:53 GMT
from localhost.localdomain [127.0.0.1]

  ----- The following addresses had successful delivery notifications -----
<myashop@gmail.com>  (relayed to non-DSN-aware mailer)

  ----- Transcript of session follows -----
<myashop@gmail.com>... relayed; expect no further notifications

Final-Recipient: rfc822; myashop@gmail.com
X-Actual-Recipient: RFC822; myashop@gmail.com
Action: relayed (to non-DSN-aware mailer)
Status: 2.1.5
Remote-MTA: DNS; gmail-smtp-in.l.google.com
Diagnostic-Code: SMTP; 250 2.1.5 OK 30si5620835pzk.1
Last-Attempt-Date: Sat, 13 Mar 2010 17:51:56 GMT

---

📄 **noname**
3K

---

**postmaster@readnotify.com <postmaster@readnotify.com>**                         **Sat, Mar 13, 2010 at 11:51 AM**
To: certifiedeservice@gmail.com

The original message was received at Sat, 13 Mar 2010 17:51:54 GMT
from localhost.localdomain [127.0.0.1]

  ----- The following addresses had successful delivery notifications -----
<bagdo.com@gmail.com>  (relayed to non-DSN-aware mailer)

  ----- Transcript of session follows -----
<bagdo.com@gmail.com>... relayed; expect no further notifications

Final-Recipient: rfc822; bagdo.com@gmail.com
X-Actual-Recipient: RFC822; bagdo.com@gmail.com
Action: relayed (to non-DSN-aware mailer)
Status: 2.1.5
Remote-MTA: DNS; gmail-smtp-in.l.google.com
Diagnostic-Code: SMTP; 250 2.1.5 OK 30si5616629pzk.69
Last-Attempt-Date: Sat, 13 Mar 2010 17:51:57 GMT

noname
3K

---

**postmaster@readnotify.com <postmaster@readnotify.com>**      **Sat, Mar 13, 2010 at 11:52 AM**
To: certifiedeservice@gmail.com

The original message was received at Sat, 13 Mar 2010 17:51:53 GMT
from localhost.localdomain [127.0.0.1]

  ----- The following addresses had successful delivery notifications -----
<bagpo.com@gmail.com>  (relayed to non-DSN-aware mailer)

  ----- Transcript of session follows -----
<bagpo.com@gmail.com>... relayed; expect no further notifications

Final-Recipient: rfc822; bagpo.com@gmail.com
X-Actual-Recipient: RFC822; bagpo.com@gmail.com
Action: relayed (to non-DSN-aware mailer)
Status: 2.1.5
Remote-MTA: DNS; gmail-smtp-in.l.google.com
Diagnostic-Code: SMTP; 250 2.1.5 OK 30si5635298pzk.35
Last-Attempt-Date: Sat, 13 Mar 2010 17:51:59 GMT

noname
3K

---

**postmaster@readnotify.com <postmaster@readnotify.com>**      **Sat, Mar 13, 2010 at 11:52 AM**
To: certifiedeservice@gmail.com

The original message was received at Sat, 13 Mar 2010 17:51:55 GMT
from localhost.localdomain [127.0.0.1]

  ----- The following addresses had successful delivery notifications -----
<cnreg@hichina.com>  (relayed to non-DSN-aware mailer)

  ----- Transcript of session follows -----
<cnreg@hichina.com>... relayed; expect no further notifications

Final-Recipient: rfc822; cnreg@hichina.com
X-Actual-Recipient: RFC822; cnreg@hichina.com
Action: relayed (to non-DSN-aware mailer)
Status: 2.0.0
Remote-MTA: DNS; mx.hichina.com
Diagnostic-Code: SMTP; 250 Ok
Last-Attempt-Date: Sat, 13 Mar 2010 17:52:10 GMT

---

**noname**
3K

---

**postmaster@readnotify.com <postmaster@readnotify.com>**      **Sat, Mar 13, 2010 at 11:52 AM**
To: certifiedeservice@gmail.com

The original message was received at Sat, 13 Mar 2010 17:52:03 GMT
from localhost.localdomain [127.0.0.1]

  ----- The following addresses had successful delivery notifications -----
<dongshi007@gmail.com>  (relayed to non-DSN-aware mailer)

  ----- Transcript of session follows -----
<dongshi007@gmail.com>... relayed; expect no further notifications

Final-Recipient: rfc822; dongshi007@gmail.com
X-Actual-Recipient: RFC822; dongshi007@gmail.com
Action: relayed (to non-DSN-aware mailer)
Status: 2.1.5
Remote-MTA: DNS; gmail-smtp-in.l.google.com
Diagnostic-Code: SMTP; 250 2.1.5 OK 30si5583530pzk.103
Last-Attempt-Date: Sat, 13 Mar 2010 17:52:07 GMT

---

**noname**
3K

---

**postmaster@readnotify.com <postmaster@readnotify.com>**      **Sat, Mar 13, 2010 at 11:52 AM**
To: certifiedeservice@gmail.com

The original message was received at Sat, 13 Mar 2010 17:52:07 GMT
from localhost.localdomain [127.0.0.1]

  ----- The following addresses had successful delivery notifications -----
<huoqing@gmail.com>  (relayed to non-DSN-aware mailer)

  ----- Transcript of session follows -----
<huoqing@gmail.com>... relayed; expect no further notifications

Final-Recipient: rfc822; huoqing@gmail.com
X-Actual-Recipient: RFC822; huoqing@gmail.com
Action: relayed (to non-DSN-aware mailer)
Status: 2.1.5
Remote-MTA: DNS; gmail-smtp-in.l.google.com
Diagnostic-Code: SMTP; 250 2.1.5 OK 30si5583706pzk.103
Last-Attempt-Date: Sat, 13 Mar 2010 17:52:11 GMT

**noname**
3K

---

**postmaster@readnotify.com <postmaster@readnotify.com>**        **Sat, Mar 13, 2010 at 11:52 AM**
To: certifiedeservice@gmail.com

The original message was received at Sat, 13 Mar 2010 17:52:06 GMT
from localhost.localdomain [127.0.0.1]

  ----- The following addresses had successful delivery notifications -----
<my4shop@gmail.com>  (relayed to non-DSN-aware mailer)

  ----- Transcript of session follows -----
<my4shop@gmail.com>... relayed; expect no further notifications

Final-Recipient: rfc822; my4shop@gmail.com
X-Actual-Recipient: RFC822; my4shop@gmail.com
Action: relayed (to non-DSN-aware mailer)
Status: 2.1.5
Remote-MTA: DNS; gmail-smtp-in.l.google.com
Diagnostic-Code: SMTP; 250 2.1.5 OK 30si5621221pzk.1
Last-Attempt-Date: Sat, 13 Mar 2010 17:52:10 GMT

---

**noname**
3K

---

**postmaster@readnotify.com <postmaster@readnotify.com>**        **Sat, Mar 13, 2010 at 11:52 AM**
To: certifiedeservice@gmail.com

The original message was received at Sat, 13 Mar 2010 17:52:08 GMT
from localhost.localdomain [127.0.0.1]

  ----- The following addresses had successful delivery notifications -----
<julia3318@gmail.com>  (relayed to non-DSN-aware mailer)

  ----- Transcript of session follows -----
<julia3318@gmail.com>... relayed; expect no further notifications

Final-Recipient: rfc822; julia3318@gmail.com
X-Actual-Recipient: RFC822; julia3318@gmail.com
Action: relayed (to non-DSN-aware mailer)
Status: 2.1.5
Remote-MTA: DNS; gmail-smtp-in.l.google.com
Diagnostic-Code: SMTP; 250 2.1.5 OK 30si5621318pzk.1
Last-Attempt-Date: Sat, 13 Mar 2010 17:52:13 GMT

---

**noname**
3K

---



**Certified E-Service <certifiedeservice@gmail.com>**

# Alternative Service 3:09-cv-05969-JCS WANG HUOQING a/k/a HUBERT WANG 2 of 4

9 messages

**Certified E-Service <certifiedeservice@gmail.com>**                    **Sat, Mar 13, 2010 at 11:53 AM**
Bcc: huoqing@gmail.com.hidecert.certified.readnotify.com, dongshi007@gmail.com.hidecert.certified.readnotify.com, cnreg@hichina.com.hidecert.certified.readnotify.com, bagdo.com@gmail.com.hidecert.certified.readnotify.com, myashop@gmail.com.hidecert.certified.readnotify.com, bagpo.com@gmail.com.hidecert.certified.readnotify.com, my4shop@gmail.com.hidecert.certified.readnotify.com, julia3318@gmail.com.hidecert.certified.readnotify.com

-PLEASE SEE ATTACHED DOCUMENTS

---

**12 attachments**

**091221 - cert of interested parties - lef.pdf**
26K

**091221 - civil cover sheet - lef.pdf**
165K

**091221 - report on filing of TM action - lef.pdf**
20K

**091221 - scheduling order - lef.pdf**
184K

**100107 - clerks notice re consent or declination of magistrate.pdf**
35K

**100107- consent to magistrate judge.pdf**
16K

**100129- SMG pro hac vice app.pdf**
94K

**100129- SMG Proposed Order re Pro Hac.pdf**
65K

**100204- Order Granting Pro Hac.pdf**
55K

**100224 - notice of change address re keller.pdf**
15K

**100309- Decl of Gaffigan iso Alternate Service - Part 1.pdf**
3005K

**100309- Decl of Gaffigan iso Alternate Service - Part 4.pdf**
1447K

---

**postmaster@readnotify.com <postmaster@readnotify.com>**                    **Sat, Mar 13, 2010 at 11:55 AM**
To: certifiedeservice@gmail.com

The original message was received at Sat, 13 Mar 2010 17:55:16 GMT
from localhost.localdomain [127.0.0.1]

  ----- The following addresses had successful delivery notifications -----
<my4shop@gmail.com>  (relayed to non-DSN-aware mailer)

  ----- Transcript of session follows -----
<my4shop@gmail.com>... relayed; expect no further notifications

Final-Recipient: rfc822; my4shop@gmail.com
X-Actual-Recipient: RFC822; my4shop@gmail.com
Action: relayed (to non-DSN-aware mailer)
Status: 2.1.5
Remote-MTA: DNS; gmail-smtp-in.l.google.com
Diagnostic-Code: SMTP; 250 2.1.5 OK 14si5247337pzk.88
Last-Attempt-Date: Sat, 13 Mar 2010 17:55:27 GMT

noname
3K

---

**postmaster@readnotify.com <postmaster@readnotify.com>**                    **Sat, Mar 13, 2010 at 11:55 AM**
To: certifiedeservice@gmail.com

The original message was received at Sat, 13 Mar 2010 17:55:19 GMT
from localhost.localdomain [127.0.0.1]

  ----- The following addresses had successful delivery notifications -----
<bagdo.com@gmail.com>  (relayed to non-DSN-aware mailer)

  ----- Transcript of session follows -----
<bagdo.com@gmail.com>... relayed; expect no further notifications

Final-Recipient: rfc822; bagdo.com@gmail.com
X-Actual-Recipient: RFC822; bagdo.com@gmail.com
Action: relayed (to non-DSN-aware mailer)
Status: 2.1.5
Remote-MTA: DNS; gmail-smtp-in.l.google.com
Diagnostic-Code: SMTP; 250 2.1.5 OK 14si5233513pzk.54
Last-Attempt-Date: Sat, 13 Mar 2010 17:55:30 GMT

noname
3K

---

**postmaster@readnotify.com <postmaster@readnotify.com>**                    **Sat, Mar 13, 2010 at 11:55 AM**
To: certifiedeservice@gmail.com

The original message was received at Sat, 13 Mar 2010 17:55:19 GMT
from localhost.localdomain [127.0.0.1]

  ----- The following addresses had successful delivery notifications -----
<myashop@gmail.com>  (relayed to non-DSN-aware mailer)

  ----- Transcript of session follows -----
<myashop@gmail.com>... relayed; expect no further notifications

Case3:09-cv-05969-JCS Document13 Filed03/16/10 Page9 of 20

Case 3:09-cv-05969-CRB Document 23-1 Filed 04/14/10 Page 10 of 21

Final-Recipient: rfc822; myashop@gmail.com
X-Actual-Recipient: RFC822; myashop@gmail.com
Action: relayed (to non-DSN-aware mailer)
Status: 2.1.5
Remote-MTA: DNS; gmail-smtp-in.l.google.com
Diagnostic-Code: SMTP; 250 2.1.5 OK 14si5233524pzk.54
Last-Attempt-Date: Sat, 13 Mar 2010 17:55:29 GMT

**noname**
3K

---

**postmaster@readnotify.com <postmaster@readnotify.com>**        **Sat, Mar 13, 2010 at 11:56 AM**
To: certifiedeservice@gmail.com

The original message was received at Sat, 13 Mar 2010 17:56:05 GMT
from localhost.localdomain [127.0.0.1]

  ----- The following addresses had successful delivery notifications -----
<huoqing@gmail.com>  (relayed to non-DSN-aware mailer)

  ----- Transcript of session follows -----
<huoqing@gmail.com>... relayed; expect no further notifications

Final-Recipient: rfc822; huoqing@gmail.com
X-Actual-Recipient: RFC822; huoqing@gmail.com
Action: relayed (to non-DSN-aware mailer)
Status: 2.1.5
Remote-MTA: DNS; gmail-smtp-in.l.google.com
Diagnostic-Code: SMTP; 250 2.1.5 OK 14si5235040pzk.54
Last-Attempt-Date: Sat, 13 Mar 2010 17:56:16 GMT

**noname**
3K

---

**postmaster@readnotify.com <postmaster@readnotify.com>**        **Sat, Mar 13, 2010 at 11:56 AM**
To: certifiedeservice@gmail.com

The original message was received at Sat, 13 Mar 2010 17:56:07 GMT
from localhost.localdomain [127.0.0.1]

  ----- The following addresses had successful delivery notifications -----
<julia3318@gmail.com>  (relayed to non-DSN-aware mailer)

  ----- Transcript of session follows -----
<julia3318@gmail.com>... relayed; expect no further notifications

Final-Recipient: rfc822; julia3318@gmail.com
X-Actual-Recipient: RFC822; julia3318@gmail.com
Action: relayed (to non-DSN-aware mailer)
Status: 2.1.5
Remote-MTA: DNS; gmail-smtp-in.l.google.com
Diagnostic-Code: SMTP; 250 2.1.5 OK 14si5248489pzk.122
Last-Attempt-Date: Sat, 13 Mar 2010 17:56:19 GMT

☐ **noname**
3K

---

**postmaster@readnotify.com <postmaster@readnotify.com>**          **Sat, Mar 13, 2010 at 11:56 AM**
To: certifiedeservice@gmail.com

The original message was received at Sat, 13 Mar 2010 17:56:16 GMT
from localhost.localdomain [127.0.0.1]

 ----- The following addresses had successful delivery notifications -----
<bagpo.com@gmail.com>  (relayed to non-DSN-aware mailer)

 ----- Transcript of session follows -----
<bagpo.com@gmail.com>... relayed; expect no further notifications

Final-Recipient: rfc822; bagpo.com@gmail.com
X-Actual-Recipient: RFC822; bagpo.com@gmail.com
Action: relayed (to non-DSN-aware mailer)
Status: 2.1.5
Remote-MTA: DNS; gmail-smtp-in.l.google.com
Diagnostic-Code: SMTP; 250 2.1.5 OK 14si5212031pzk.20
Last-Attempt-Date: Sat, 13 Mar 2010 17:56:27 GMT

☐ **noname**
3K

---

**postmaster@readnotify.com <postmaster@readnotify.com>**          **Sat, Mar 13, 2010 at 11:56 AM**
To: certifiedeservice@gmail.com

The original message was received at Sat, 13 Mar 2010 17:56:17 GMT
from localhost.localdomain [127.0.0.1]

 ----- The following addresses had successful delivery notifications -----
<dongshi007@gmail.com>  (relayed to non-DSN-aware mailer)

 ----- Transcript of session follows -----
<dongshi007@gmail.com>... relayed; expect no further notifications

Final-Recipient: rfc822; dongshi007@gmail.com
X-Actual-Recipient: RFC822; dongshi007@gmail.com
Action: relayed (to non-DSN-aware mailer)
Status: 2.1.5
Remote-MTA: DNS; gmail-smtp-in.l.google.com
Diagnostic-Code: SMTP; 250 2.1.5 OK 14si5212060pzk.20
Last-Attempt-Date: Sat, 13 Mar 2010 17:56:30 GMT

☐ **noname**
3K

---

**postmaster@readnotify.com <postmaster@readnotify.com>**          **Sat, Mar 13, 2010 at 11:57 AM**
To: certifiedeservice@gmail.com

The original message was received at Sat, 13 Mar 2010 17:56:17 GMT
from localhost.localdomain [127.0.0.1]

  ----- The following addresses had successful delivery notifications -----
<cnreg@hichina.com>  (relayed to non-DSN-aware mailer)

  ----- Transcript of session follows -----
<cnreg@hichina.com>... relayed; expect no further notifications

Final-Recipient: rfc822; cnreg@hichina.com
X-Actual-Recipient: RFC822; cnreg@hichina.com
Action: relayed (to non-DSN-aware mailer)
Status: 2.0.0
Remote-MTA: DNS; mx.hichina.com
Diagnostic-Code: SMTP; 250 Ok
Last-Attempt-Date: Sat, 13 Mar 2010 17:57:03 GMT

---

**noname**
3K



**Certified E-Service <certifiedeservice@gmail.com>**

# Alternative Service 3:09-cv-05969-JCS WANG HUOQING a/k/a HUBERT WANG 3 of 4

9 messages

---

**Certified E-Service <certifiedeservice@gmail.com>**                    **Sat, Mar 13, 2010 at 11:55 AM**

Bcc: huoqing@gmail.com.hidecert.certified.readnotify.com, dongshi007@gmail.com.hidecert.certified.readnotify.com, cnreg@hichina.com.hidecert.certified.readnotify.com, bagdo.com@gmail.com.hidecert.certified.readnotify.com, myashop@gmail.com.hidecert.certified.readnotify.com, bagpo.com@gmail.com.hidecert.certified.readnotify.com, my4shop@gmail.com.hidecert.certified.readnotify.com, julia3318@gmail.com.hidecert.certified.readnotify.com

-PLEASE SEE ATTACHED DOCUMENTS

---

**2 attachments**

 **100309- Decl of Gaffigan iso Alternate Service - Part 2.pdf**
3460K

 **100309- Decl of Gaffigan iso Alternate Service - Part 3.pdf**
1575K

---

**postmaster@readnotify.com <postmaster@readnotify.com>**                    **Sat, Mar 13, 2010 at 11:57 AM**
To: certifiedeservice@gmail.com

The original message was received at Sat, 13 Mar 2010 17:57:29 GMT
from localhost.localdomain [127.0.0.1]

 ----- The following addresses had successful delivery notifications -----
<bagpo.com@gmail.com>  (relayed to non-DSN-aware mailer)

 ----- Transcript of session follows -----
<bagpo.com@gmail.com>... relayed; expect no further notifications

Final-Recipient: rfc822; bagpo.com@gmail.com
X-Actual-Recipient: RFC822; bagpo.com@gmail.com
Action: relayed (to non-DSN-aware mailer)
Status: 2.1.5
Remote-MTA: DNS; gmail-smtp-in.l.google.com
Diagnostic-Code: SMTP; 250 2.1.5 OK 14si5237719pzk.54
Last-Attempt-Date: Sat, 13 Mar 2010 17:57:39 GMT

---

📄 **noname**
3K

---

**postmaster@readnotify.com <postmaster@readnotify.com>**                    **Sat, Mar 13, 2010 at 11:57 AM**
To: certifiedeservice@gmail.com

The original message was received at Sat, 13 Mar 2010 17:57:35 GMT
from localhost.localdomain [127.0.0.1]

  ----- The following addresses had successful delivery notifications -----
<my4shop@gmail.com>  (relayed to non-DSN-aware mailer)

  ----- Transcript of session follows -----
<my4shop@gmail.com>... relayed; expect no further notifications

Final-Recipient: rfc822; my4shop@gmail.com
X-Actual-Recipient: RFC822; my4shop@gmail.com
Action: relayed (to non-DSN-aware mailer)
Status: 2.1.5
Remote-MTA: DNS; gmail-smtp-in.l.google.com
Diagnostic-Code: SMTP; 250 2.1.5 OK 14si5251764pzk.88
Last-Attempt-Date: Sat, 13 Mar 2010 17:57:44 GMT

📄 **noname**
   3K

---

**postmaster@readnotify.com <postmaster@readnotify.com>**              **Sat, Mar 13, 2010 at 11:57 AM**
To: certifiedeservice@gmail.com

The original message was received at Sat, 13 Mar 2010 17:57:36 GMT
from localhost.localdomain [127.0.0.1]

  ----- The following addresses had successful delivery notifications -----
<julia3318@gmail.com>  (relayed to non-DSN-aware mailer)

  ----- Transcript of session follows -----
<julia3318@gmail.com>... relayed; expect no further notifications

Final-Recipient: rfc822; julia3318@gmail.com
X-Actual-Recipient: RFC822; julia3318@gmail.com
Action: relayed (to non-DSN-aware mailer)
Status: 2.1.5
Remote-MTA: DNS; gmail-smtp-in.l.google.com
Diagnostic-Code: SMTP; 250 2.1.5 OK 14si5251539pzk.122
Last-Attempt-Date: Sat, 13 Mar 2010 17:57:46 GMT

📄 **noname**
   3K

---

**postmaster@readnotify.com <postmaster@readnotify.com>**              **Sat, Mar 13, 2010 at 11:57 AM**
To: certifiedeservice@gmail.com

The original message was received at Sat, 13 Mar 2010 17:57:36 GMT
from localhost.localdomain [127.0.0.1]

  ----- The following addresses had successful delivery notifications -----
<huoqing@gmail.com>  (relayed to non-DSN-aware mailer)

  ----- Transcript of session follows -----
<huoqing@gmail.com>... relayed; expect no further notifications

Final-Recipient: rfc822; huoqing@gmail.com
X-Actual-Recipient: RFC822; huoqing@gmail.com
Action: relayed (to non-DSN-aware mailer)
Status: 2.1.5
Remote-MTA: DNS; gmail-smtp-in.l.google.com
Diagnostic-Code: SMTP; 250 2.1.5 OK 14si5251456pzk.122
Last-Attempt-Date: Sat, 13 Mar 2010 17:57:46 GMT

noname
3K

---

**postmaster@readnotify.com <postmaster@readnotify.com>**                    **Sat, Mar 13, 2010 at 11:57 AM**
To: certifiedeservice@gmail.com

The original message was received at Sat, 13 Mar 2010 17:57:36 GMT
from localhost.localdomain [127.0.0.1]

  ----- The following addresses had successful delivery notifications -----
<bagdo.com@gmail.com>  (relayed to non-DSN-aware mailer)

  ----- Transcript of session follows -----
<bagdo.com@gmail.com>... relayed; expect no further notifications

Final-Recipient: rfc822; bagdo.com@gmail.com
X-Actual-Recipient: RFC822; bagdo.com@gmail.com
Action: relayed (to non-DSN-aware mailer)
Status: 2.1.5
Remote-MTA: DNS; gmail-smtp-in.l.google.com
Diagnostic-Code: SMTP; 250 2.1.5 OK 14si5251910pzk.88
Last-Attempt-Date: Sat, 13 Mar 2010 17:57:47 GMT

noname
3K

---

**postmaster@readnotify.com <postmaster@readnotify.com>**                    **Sat, Mar 13, 2010 at 11:57 AM**
To: certifiedeservice@gmail.com

The original message was received at Sat, 13 Mar 2010 17:57:43 GMT
from localhost.localdomain [127.0.0.1]

  ----- The following addresses had successful delivery notifications -----
<dongshi007@gmail.com>  (relayed to non-DSN-aware mailer)

  ----- Transcript of session follows -----
<dongshi007@gmail.com>... relayed; expect no further notifications

Final-Recipient: rfc822; dongshi007@gmail.com
X-Actual-Recipient: RFC822; dongshi007@gmail.com
Action: relayed (to non-DSN-aware mailer)
Status: 2.1.5
Remote-MTA: DNS; gmail-smtp-in.l.google.com
Diagnostic-Code: SMTP; 250 2.1.5 OK 14si5251702pzk.122
Last-Attempt-Date: Sat, 13 Mar 2010 17:57:52 GMT

Gmail - Alternative Service 3:09-cv-05969-JCS WANG HUOQING a/k/...        https://mail.google.com/mail/?ui=2&ik=e915f921e1&view=pt&search=s...

Case 3:09-cv-05969-CRB Document 23-1  Filed 04/14/10  Page 16 of 21
Case 3:09-cv-05969-JCS  Document 18  Filed 03/16/10  Page 15 of 20

**noname**
3K

---

**postmaster@readnotify.com <postmaster@readnotify.com>**              **Sat, Mar 13, 2010 at 11:57 AM**
To: certifiedeservice@gmail.com

The original message was received at Sat, 13 Mar 2010 17:57:43 GMT
from localhost.localdomain [127.0.0.1]

  ----- The following addresses had successful delivery notifications -----
<myashop@gmail.com>  (relayed to non-DSN-aware mailer)

  ----- Transcript of session follows -----
<myashop@gmail.com>... relayed; expect no further notifications

Final-Recipient: rfc822; myashop@gmail.com
X-Actual-Recipient: RFC822; myashop@gmail.com
Action: relayed (to non-DSN-aware mailer)
Status: 2.1.5
Remote-MTA: DNS; gmail-smtp-in.l.google.com
Diagnostic-Code: SMTP; 250 2.1.5 OK 14si5214925pzk.20
Last-Attempt-Date: Sat, 13 Mar 2010 17:57:52 GMT

---

**noname**
3K

---

**postmaster@readnotify.com <postmaster@readnotify.com>**              **Sat, Mar 13, 2010 at 11:58 AM**
To: certifiedeservice@gmail.com

The original message was received at Sat, 13 Mar 2010 17:57:43 GMT
from localhost.localdomain [127.0.0.1]

  ----- The following addresses had successful delivery notifications -----
<cnreg@hichina.com>  (relayed to non-DSN-aware mailer)

  ----- Transcript of session follows -----
<cnreg@hichina.com>... relayed; expect no further notifications

Final-Recipient: rfc822; cnreg@hichina.com
X-Actual-Recipient: RFC822; cnreg@hichina.com
Action: relayed (to non-DSN-aware mailer)
Status: 2.0.0
Remote-MTA: DNS; mx.hichina.com
Diagnostic-Code: SMTP; 250 Ok
Last-Attempt-Date: Sat, 13 Mar 2010 17:58:19 GMT

---

**noname**
3K

---

Case 3:09-cv-05969-CRB Document 23-1 Filed 04/14/10 Page 17 of 21
Case 3:09-cv-05969-JCS Document 16 Filed 03/16/10 Page 16 of 20



**Certified E-Service <certifiedeservice@gmail.com>**

---

# Alternative Service 3:09-cv-05969-JCS WANG HUOQING a/k/a HUBERT WANG 4 of 4

9 messages

---

**Certified E-Service <certifiedeservice@gmail.com>**                     **Sat, Mar 13, 2010 at 11:58 AM**
Bcc: huoqing@gmail.com.hidecert.certified.readnotify.com, dongshi007@gmail.com.hidecert.certified.readnotify.com,
cnreg@hichina.com.hidecert.certified.readnotify.com, bagdo.com@gmail.com.hidecert.certified.readnotify.com,
myashop@gmail.com.hidecert.certified.readnotify.com, bagpo.com@gmail.com.hidecert.certified.readnotify.com,
my4shop@gmail.com.hidecert.certified.readnotify.com, julia3318@gmail.com.hidecert.certified.readnotify.com


-PLEASE SEE ATTACHED DOCUMENTS


---

**5 attachments**

📄 **100309- Decl of Holmes iso Alternate Service reduced.pdf**
1366K

📄 **100309- Decl of Ting iso Alternate Service.pdf**
1018K

📄 **100309- Ex Parte App & Memo for Alternate Service.pdf**
70K

📄 **100309- Proposed Order iso Alternate Service.pdf**
27K

📄 **100311 - order granting alternative service.pdf**
56K

---

**postmaster@readnotify.com <postmaster@readnotify.com>**                     **Sat, Mar 13, 2010 at 11:59 AM**
To: certifiedeservice@gmail.com

The original message was received at Sat, 13 Mar 2010 17:59:37 GMT
from localhost.localdomain [127.0.0.1]

   ----- The following addresses had successful delivery notifications -----
<myashop@gmail.com>   (relayed to non-DSN-aware mailer)

   ----- Transcript of session follows -----
<myashop@gmail.com>... relayed; expect no further notifications

Final-Recipient: rfc822; myashop@gmail.com
X-Actual-Recipient: RFC822; myashop@gmail.com
Action: relayed (to non-DSN-aware mailer)
Status: 2.1.5
Remote-MTA: DNS; gmail-smtp-in.l.google.com
Diagnostic-Code: SMTP; 250 2.1.5 OK 40si406999pzk.125
Last-Attempt-Date: Sat, 13 Mar 2010 17:59:41 GMT

---

🗋 **noname**
3K

---

**postmaster@readnotify.com <postmaster@readnotify.com>**  **Sat, Mar 13, 2010 at 11:59 AM**
To: certifiedeservice@gmail.com

The original message was received at Sat, 13 Mar 2010 17:59:39 GMT
from localhost.localdomain [127.0.0.1]

 ----- The following addresses had successful delivery notifications -----
<bagpo.com@gmail.com> (relayed to non-DSN-aware mailer)

 ----- Transcript of session follows -----
<bagpo.com@gmail.com>... relayed; expect no further notifications

Final-Recipient: rfc822; bagpo.com@gmail.com
X-Actual-Recipient: RFC822; bagpo.com@gmail.com
Action: relayed (to non-DSN-aware mailer)
Status: 2.1.5
Remote-MTA: DNS; gmail-smtp-in.l.google.com
Diagnostic-Code: SMTP; 250 2.1.5 OK 40si408163pzk.57
Last-Attempt-Date: Sat, 13 Mar 2010 17:59:43 GMT

🗋 **noname**
3K

---

**postmaster@readnotify.com <postmaster@readnotify.com>**  **Sat, Mar 13, 2010 at 11:59 AM**
To: certifiedeservice@gmail.com

The original message was received at Sat, 13 Mar 2010 17:59:40 GMT
from localhost.localdomain [127.0.0.1]

 ----- The following addresses had successful delivery notifications -----
<my4shop@gmail.com> (relayed to non-DSN-aware mailer)

 ----- Transcript of session follows -----
<my4shop@gmail.com>... relayed; expect no further notifications

Final-Recipient: rfc822; my4shop@gmail.com
X-Actual-Recipient: RFC822; my4shop@gmail.com
Action: relayed (to non-DSN-aware mailer)
Status: 2.1.5
Remote-MTA: DNS; gmail-smtp-in.l.google.com
Diagnostic-Code: SMTP; 250 2.1.5 OK 40si407709pzk.91
Last-Attempt-Date: Sat, 13 Mar 2010 17:59:44 GMT

🗋 **noname**
3K

---

**postmaster@readnotify.com <postmaster@readnotify.com>**  **Sat, Mar 13, 2010 at 12:00 PM**
To: certifiedeservice@gmail.com

The original message was received at Sat, 13 Mar 2010 18:00:22 GMT
from localhost.localdomain [127.0.0.1]

   ----- The following addresses had successful delivery notifications -----
<huoqing@gmail.com>   (relayed to non-DSN-aware mailer)

   ----- Transcript of session follows -----
<huoqing@gmail.com>... relayed; expect no further notifications

Final-Recipient: rfc822; huoqing@gmail.com
X-Actual-Recipient: RFC822; huoqing@gmail.com
Action: relayed (to non-DSN-aware mailer)
Status: 2.1.5
Remote-MTA: DNS; gmail-smtp-in.l.google.com
Diagnostic-Code: SMTP; 250 2.1.5 OK 40si409470pzk.57
Last-Attempt-Date: Sat, 13 Mar 2010 18:00:28 GMT

**noname**
3K

---

**postmaster@readnotify.com <postmaster@readnotify.com>**                **Sat, Mar 13, 2010 at 12:00 PM**
To: certifiedeservice@gmail.com

The original message was received at Sat, 13 Mar 2010 18:00:25 GMT
from localhost.localdomain [127.0.0.1]

   ----- The following addresses had successful delivery notifications -----
<bagdo.com@gmail.com>   (relayed to non-DSN-aware mailer)

   ----- Transcript of session follows -----
<bagdo.com@gmail.com>... relayed; expect no further notifications

Final-Recipient: rfc822; bagdo.com@gmail.com
X-Actual-Recipient: RFC822; bagdo.com@gmail.com
Action: relayed (to non-DSN-aware mailer)
Status: 2.1.5
Remote-MTA: DNS; gmail-smtp-in.l.google.com
Diagnostic-Code: SMTP; 250 2.1.5 OK 40si409604pzk.57
Last-Attempt-Date: Sat, 13 Mar 2010 18:00:32 GMT

**noname**
3K

---

**postmaster@readnotify.com <postmaster@readnotify.com>**                **Sat, Mar 13, 2010 at 12:00 PM**
To: certifiedeservice@gmail.com

The original message was received at Sat, 13 Mar 2010 18:00:25 GMT
from localhost.localdomain [127.0.0.1]

   ----- The following addresses had successful delivery notifications -----
<dongshi007@gmail.com>   (relayed to non-DSN-aware mailer)

   ----- Transcript of session follows -----
<dongshi007@gmail.com>... relayed; expect no further notifications

Final-Recipient: rfc822; dongshi007@gmail.com
X-Actual-Recipient: RFC822; dongshi007@gmail.com
Action: relayed (to non-DSN-aware mailer)
Status: 2.1.5
Remote-MTA: DNS; gmail-smtp-in.l.google.com
Diagnostic-Code: SMTP; 250 2.1.5 OK 40si406979pzk.23
Last-Attempt-Date: Sat, 13 Mar 2010 18:00:32 GMT

noname
3K

**postmaster@readnotify.com <postmaster@readnotify.com>**                **Sat, Mar 13, 2010 at 12:00 PM**
To: certifiedeservice@gmail.com

The original message was received at Sat, 13 Mar 2010 18:00:27 GMT
from localhost.localdomain [127.0.0.1]

   ----- The following addresses had successful delivery notifications -----
<julia3318@gmail.com>  (relayed to non-DSN-aware mailer)

   ----- Transcript of session follows -----
<julia3318@gmail.com>... relayed; expect no further notifications

Final-Recipient: rfc822; julia3318@gmail.com
X-Actual-Recipient: RFC822; julia3318@gmail.com
Action: relayed (to non-DSN-aware mailer)
Status: 2.1.5
Remote-MTA: DNS; gmail-smtp-in.l.google.com
Diagnostic-Code: SMTP; 250 2.1.5 OK 40si408518pzk.125
Last-Attempt-Date: Sat, 13 Mar 2010 18:00:33 GMT

noname
3K

**postmaster@readnotify.com <postmaster@readnotify.com>**                **Sat, Mar 13, 2010 at 12:00 PM**
To: certifiedeservice@gmail.com

The original message was received at Sat, 13 Mar 2010 18:00:25 GMT
from localhost.localdomain [127.0.0.1]

   ----- The following addresses had successful delivery notifications -----
<cnreg@hichina.com>  (relayed to non-DSN-aware mailer)

   ----- Transcript of session follows -----
<cnreg@hichina.com>... relayed; expect no further notifications

Final-Recipient: rfc822; cnreg@hichina.com
X-Actual-Recipient: RFC822; cnreg@hichina.com
Action: relayed (to non-DSN-aware mailer)
Status: 2.0.0
Remote-MTA: DNS; mx.hichina.com
Diagnostic-Code: SMTP; 250 Ok
Last-Attempt-Date: Sat, 13 Mar 2010 18:00:53 GMT

Gmail - Alternative Service 3:09-cv-05969-JCS WANG HUOQING a/k/...          https://mail.google.com/mail/?ui=2&ik=e915f921e1&view=pt&search=s...

Case 3:09-cv-05969-CRB   Document 23-1   Filed 04/14/10   Page 21 of 21
Case 3:09-cv-05969-JCS   Document 18   Filed 03/16/10   Page 20 of 20

**noname**
3K