

September 24, 2010

VIA ELECTRONIC CASE FILING

Clerk to Magistrate Judge Joseph C. Spero
United States District Court
   For the Northern District of California
450 Golden Gate Avenue
San Francisco, CA  94102

      Re:   <u>Gucci America v. Wang Huoqing aka Hubert Wang</u>
              Case No.:  3:09-CV-05969-JCS

Dear Clerk:

    This letter is a request by Plaintiff's lead counsel, Stephen M. Gaffigan, to appear by phone for the Motion for Final Default Judgment, which is scheduled for October 1, 2010 at 1:30 p.m. before Magistrate Judge Joseph Spero.  Mr. Gaffigan can be reached on his land line, (954) 767-4819.  Local counsel will appear in person.

                         Very truly yours,

                         _____/s/_____
                         Kenneth E. Keller
                         Attorneys for Plaintiffs

KEK/all
cc:   Stephen M. Gaffigan (via email)
       Anne E. Kearns

Dated:  Sept. 24, 2010

*IT IS SO ORDERED*
*Judge Joseph C. Spero*
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

104995

# PROOF OF SERVICE

I certify and declare that I am over the age of 18 years, employed in the County of San Francisco, California, and not a party to the above-entitled cause. I am employed at Krieg, Keller, Sloan, Reilley & Roman LLP, 555 Montgomery Street, 17th Floor, San Francisco, California 94111.

On September 24, 2010, I served a true and accurate copy via electronic mail of the document(s) entitled:

**LETTER TO JUDGE REQUESTING TO APPEAR
BY PHONE FOR THE 10/1/10 DEFAULT JUDGMENT HEARING**

On September 24, 2010, I served a true and accurate copy via electronic mail of the document(s) entitled:

for the following civil action:

**Gucci America, et al. v. Wang Huoqing, et al.**

on the following:

Defendant Wang Huoqing a/k/a Hubert Wang at the following email addresses:

huoqing@gmail.com
dongshi007@gmail.com
cnreg@hichina.com
bagdo.com@gmail.com
myashop@gmail.com
bagpo.com@gmail.com
my4shop@gmail.com
Julia3318@gmail.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 24, 2010, at San Francisco, California.

_____*Anna Lau*_____
Anna Lau

1