KENNETH E. KELLER (SBN 71450) kkeller@kksrr.com
ANNE E. KEARNS (SBN: 183336) akearns@kksrr.com
KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP
555 Montgomery Street, 17th Floor
San Francisco, California 94111-2541
Telephone:    (415) 249-8330
Facsimile:    (415) 249-8333

STEPHEN M. GAFFIGAN (*Pro Hac Vice*) stephen@smgpa.net
STEPHEN M. GAFFIGAN, P.A.
401 East Las Olas Blvd., Suite 130-453
Ft. Lauderdale, Florida 33301
Telephone:    (954) 767-4819
Facsimile:    (954) 767-4821

Attorneys for Plaintiffs Gucci America, Inc.,
Bottega Veneta International, S.A.R.L.,
and Balenciaga S.A.

THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUCCI AMERICA, INC., a New York corporation, BOTTEGA VENETA INTERNATIONAL, S.A.R.L., a foreign business entity, BALENCIAGA S.A., a foreign business entity, <br><br> Plaintiffs, <br><br> v. <br><br> WANG HUOQING a/k/a HUBERT WANG and DOES 1-10, <br><br> Defendants. | Case No. 3:09-cv-05969-CRB <br><br> **PROOF OF SERVICE** |

I certify and declare that I am over the age of 18 years, employed in the County of San Francisco, California, and not a party to the above-entitled cause.  I am employed at Krieg, Keller, Sloan, Reilley & Roman LLP, 555 Montgomery Street, 17th Floor, San Francisco, California  94111.

On January 6, 2011, I served a true and accurate copy via electronic mail of the document(s)

1

entitled:

**ORDER ADOPTING REPORTS AND RECOMMENDATION**

for the following civil action:

**<u>Gucci America, et al. v. Wang Huoquing, et al.</u>**

on the following:

Defendant Wang Huoqing a/k/a Hubert Wang at the following email addresses:

huoqing@gmail.com
dongshi007@gmail.com
cnreg@hichina.com
bagdo.com@gmail.com
myashop@gmail.com
bagpo.com@gmail.com
my4shop@gmail.com
Julia3318@gmail.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 6, 2011, at San Francisco, California.

_____
Anna Lau

2

## Anna Lau

| | |
|---|---|
| **From:** | Anna Lau |
| **Sent:** | Thursday, January 06, 2011 1:01 PM |
| **To:** | 'huoqing@gmail.com'; 'dongshi007@gmail.com'; 'cnreg@hichina.com'; 'bagdo.com@gmail.com'; 'myashop@gmail.com'; 'bagpo.com@gmail.com'; 'my4shop@gmail.com'; 'julia3318@gmail.com' |
| **Cc:** | Anne E. Kearns |
| **Subject:** | RE: Gucci America, et al. v. Wang Huoquing, et al., case no.: 09-5969 JCS |
| **Attachments:** | Order Adopting Report.pdf; anna_lau.gif |

For Defendant Wang Huoquing aka Hubert Wang:

Anna

---

Right-click here to download pictures. To help protect your privacy, Outlook prevented automatic download of this picture fro
Anna Lau
Assistant to Attorneys: Kenneth E. Keller, Anjali Kurani, Anne E. Kearns, Garth A. Rosengren
555 Montgomery St., 17th Floor
San Francisco, CA 94111
415-249-8311 Direct
415-249-8333 Fax
alau@kksrr.com
www.kksrr.com

1/6/2011